CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 0 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PAUL STINSON, JR., <br>     Plaintiff, | Civil Action No. 7:16-cv-00382 |
| v. | MEMORANDUM OPINION |
| SOUTHWEST VA REGIONAL JAIL, <br>     Defendant. | By:   Hon. Michael F. Urbanski <br>         United States District Judge |

Paul Stinson, Jr., a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 with jurisdiction. Plaintiff names Southwest Virginia Regional Jail ("Jail") as the sole defendant and complains about not being allowed to possess at the Jail shirtless pictures of himself and his son. The court must dismiss the complaint because Plaintiff fails to name a person acting under color of state law as a defendant. See, e.g., West v. Atkins, 487 U.S. 42, 48 (1988). Plaintiff names only the Jail as a defendant, which is not amenable to suit via § 1983. See Preval v. Reno, 57 F. Supp. 2d 307, 310 (E.D. Va. 1999) ("[T]he Piedmont Regional Jail is not a "person," and therefore not amenable to suit under 42 U.S.C. § 1983."), aff'd in part and rev'd in part, 203 F.3d 821 (4th Cir. 2000), reported in full-text format at 2000 U.S. App. LEXIS 465, at *3, 2000 WL 20591, at *1 ("The court also properly determined that the Piedmont Regional Jail is not a 'person' and is therefore not amenable to suit under § 1983[.]"). Accordingly, Plaintiff presently fails to state a claim upon which relief may be granted, and the court dismisses the complaint without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

ENTER: This 20th day of September, 2016.

/s/ Michael F. Urbanski
United States District Judge